FILED
2015 Sep-15 PM 04:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

August 15, 2015

The Honorable Judge L. Scott Coogler
Federal Building and United States Courthouse
2005 University Boulevard
Tuscaloosa, Alabama 35401

Subject: The Sentencing of Norbert Vergez

Your Honor:

I would like to take this opportunity to introduce myself and provide relevant information regarding my association with Norbert Vergez, the former U.S. Army Colonel.

I was employed at MD Helicopters, Inc., ("MDHI") 4555 E. McDowell Road, Mesa, Arizona from May 6, 2013 to August 22, 2014 as the Export Control Manager and Empowered Official when I was retaliated against and fired.

In my capacity of as the Export Compliance Manager, I observed fraudulent activities and a fraudulent course of conduct beginning with the knowledge that Norbert Vergez a retired senior Army Officer was employed at MDHI who was involved in the MDHI Foreign Military Sales Program ("FMS") of Military Helicopters at MDHI immediately upon retiring from the U.S. Army. This fraudulent course of conduct was brought to my attention that it had started before Norbert Vegez left the military where he was in charge of the Non-Standard Rotary Wing Aircraft Programs and where he had Project Authority over FMS Helicopter sales and Lynn Tilton the owner of MDHI intentionally offered him monetary gifts and a promise of employment within her organization, which caused a lapse in oversight on the contract pricing by the government's Non-Standard contracting office and the inflation and the misrepresentation of the commercial pricing by MDHI which was under the direct and complete control of Lynn Tilton who micromanages every aspect of the pricing to the U.S. Government on all FMS Contracts. As a resulted of the fraudulent conduct the U.S. Government has awarded FMS Contracts to MDHI for commercial helicopters at inflated prices. Lynn Tilton always has the final word on the pricing of all helicopters and mission equipment. Norbert Vegez always called her "boss", he would always pull out and display an 8" x 10" inch signed picture of Lynn Tilton whenever she was in the MDHI facility.

I reported directly to the General Counsel at MDHI, my first supervisor was David Ruppert. I reported what I had learned about the fraudulent relationship between Lynn Tilton, MDHI Management and Norbert Vergez. David Ruppert appeared to show concern, but quickly dismissed my concerns and advised me that he had written a letter to Patriarch advising that Norbert Vergez should not be hired, but ultimately Lynn Tilton hired him.

In early June 2013, I was approached by Philip Marsteller who was the Director of Sales and Marketing for Latin America. Philip Marsteller advised me there was fraudulent and criminal activities at MDHI with misrepresentation of FMS Contracts, inflated pricing to the U.S. Government and fraudulent and fraudulent dealings with Russian entities by Lynn Tilton and Norbert Vergez. He asked that I keep my eyes open and provide him with any documentation that I may see that supported the fraudulent activities that the DOD-IG Investigators would want to see to support this fraudulent activities. Philip Marsteller told me he was working with an investigator from the DOD-IG Office who was investigating the fraudulent activities. Mr. Marsteller also advised me that he had spoken with MDHI Leadership and also my supervisor David Ruppert about these fraudulent activities to bring their attention to this matter. The MDHI Management and David Ruppert provided no support. Philip Marsteller asked me to do the Right Thing. Again, I went to my supervisor David Ruppert to ask him about Mr. Marsteller's claims. He dismissed Philip Marsteller's claims and my concerns.

I could see with my own eyes the blatant fraudulent conduct going on at MDHI concerning the FMS Contracts and the misrepresenting of pricing on the commercial and FMS helicopter sales to the U.S. Government.

I was originally hesitant to get involved and feared retaliation from Lynn Tilton, I was afraid I would eventually be fired, but when I personally experienced a total distain and disregard for the compliance end of things within the company, I changed my mind. That was further heightened when I actually experienced deliberate "pushback" against me from MDHI Leadership while doing my job as the Export Compliance Manager and Empowered Official and follow the U.S. Government Rules and Regulations regarding exports. It was reported by my predecessor that Lynn Tilton told her "DO NOT LET THE LAW GET IN THE WAY OF DOING BUSINESS" and she was threatened by Lynn Tilton for reporting compliance issues to her and the David Ruppert the General Counsel at MDHI. I reported an ITAR violation to my supervisor David Ruppert General Counsel and I advised it needed to be reported to the Directorate of Defense Trade Controls. He told me it may be a violation, but he and I were not the kind of people that can tell Lynn Tilton that she must report an ITAR Violation without incurring serious negative consequences to our positions. Again, concerned about retaliation from Lynn Tilton, I continued to do my job.

Norbert Vergez and Lynn Tilton were also involved in dealings with Russia. As Export Compliance Manager I was ask by David Ruppert to review a list of Russian entities (MotorSich, Rosoboron Export, Avia Baltika Aviation and SPARC). Bert Vergez and Lynn Tilton were going to the Paris Air Show to meet with Pavel Borisov. I did the denied party screening and initially didn't get much, but after further review I got red-flags, which I again shared with David Ruppert. Also, it was reported to me by Philip Marsteller that Norbert Vergez and Lynn Tilton were involved in sending controlled commercial and military drawings and specification to Russia. Again, more fraudulent criminal activity. I reported this to David Ruppert, General Counsel and talked to the V.P. of IT about how MDHI stored controlled drawings and specification. Jason Ball the V.P. of IT who reported directly to Lynn Tilton, would not provide me any assistance.

On August 23, 2013 while I was still employed at MDHI, the DOJ Notice arrived which advised Lynn Tilton and Norbert Vergez that they were both under investigation. The DOJ Notice stated that the investigation was focused on Vergez's government activities and his dealings/employment with Patriarch and/or MDHI. It was my understanding, and the understanding of other MDHI Employees that we were supposed to cooperate with the DOJ's investigation. MDHI Management on the other hand chose NOT to cooperate. On the same day the DOJ notice arrived, Philip Marsteller was involuntarily terminated. That afternoon Lynn Tilton launched into a verbal tirade about Philip Marsteller, replete with profanities, in which she said there was a "Whistleblower" at MDHI. Lynn Tilton also demanded that members of her Leadership Team inform her which MDHI documents Philip Marsteller may have in his possession. She was yelling and screaming in the halls outside her office and she yelled that "Philip Marsteller is probably at the DOJ Office as we speak."

The evening of August 23, 2013, I received a telephone call from Special Agent Lance Stamper of the DOD-IG Investigative Office. SA Lance Stamper and I discussed Philip Marsteller being fired and we talked about the ongoing hostilities and fraudulent activities at MDHI. At SA Stamper's request, I agreed to cooperate and provide information for the DOJ Investigation. In addition, in the fall of 2013, after the DOJ Notice had been received by MDHI, my supervisor David Ruppert, was going through documents in his office and he was shredding them. At the time, Wendi Tufts ("Tufts") MDHI's Contracts Manager who had her desk in the cubicle next to my desk. Ms. Tufts brought files to me from David Ruppert for me to review and destroy. Specifically Ms. Tufts told me that David Ruppert had said to "look through the files for notes and to shred them." After discussing David Rupperts request, both Ms. Tufts and I agreed that we would not destroy any files or documents and, instead, we stored them in the bottom of Ms. Tuft's filing cabinet. Accordingly, despite MDHI Management's efforts to frustrate the DOJ Investigation, I cooperated with the DOJ investigation and with Philip Marsteller, who – as MDHI knows, was also assisting the DOJ Investigation. David Ruppert was fired from MDHI in January 2014.

The fallout of Lynn Tilton's and Norbert Vergez's proven unethical and illegal alliance continues to do harm to this day to a number of dutiful, responsible former employees such as myself and others who attempted to do the right thing… first through mandated company channels, then through recognized Federal agencies (which were established by law for that specific purpose) when their initial and repeated warnings of illegal misconduct were either ignored or flat-out rebuffed by company management.

In closing I want to state that MDHI precisely because of the Bert Vergez case, is currently right now engaging in a predatory efforts to disclose, disrupt and discredit all employees after firing them having been discovered cooperating in anyway in whistleblowing disclosures to Federal agencies, with willful harassments, harmful character assassination and punitive lawsuits. I ask the court to take these additional facts into consideration.

Sincerely,

*Cherie Erickson*

Cherie Erickson,
Ex MDHI Compliance Manager