# EXHIBIT D

*From the desk of Kathy Rupp - 1041 S. Anvil Place - Chandler, AZ 85286*

August 3, 2015

The Honorable Judge L. Scott Coogler
Federal Building and United States Courthouse
2005 University Boulevard
Tuscaloosa, Alabama 35401

Subject:   Sentencing of Norbert Vergez

Your Honor:

I would like to take this opportunity to introduce myself and provide information regarding my association with former U.S. Army Colonel Norbert Vergez ("Vergez").

I was employed by MD Helicopters, Inc. ("MDHI"), located at 4555 E. McDowell Road, Mesa, AZ for 30-years and 10-months as the Aircraft Delivery Specialist.

In 2011 the Helicopter Association International ("HAI") convention was held in Orlando, FL. I attended HAI and assisted in MDHI's helicopter display booth. Vergez met with Lynn Tilton ("Tilton"), CEO of Patriarch Partners and CEO of MDHI during the convention. His name was on the meeting list and visitor's badge list.

In 2012 the HAI convention was held in Dallas, TX. I also attended the convention and assisted in the MDHI display booth. Vergez met again with Tilton during the Dallas HAI convention. His name was on the meeting list and visitor's badge list.

Prior to Vergez arrival at MDHI, Tilton announces at an "All Hands Meeting" held at the MDHI facility that she has hired someone who will be a great asset to the Patriarch Partners team. February of 2013 Vergez begins his employment with Patriarch Partners as the Senior Vice President of Aerospace Programs. MDHI is the sole company within Patriarch Partners portfolio involving aerospace programs.

Even though Vergez' business card stated he was employed by Patriarch Partners, LLC, he was involved in all aspects of the Foreign Military Sales ("FMS") of helicopters produced by MDHI and sold to the US Government. Vergez began his employment with Patriarch Partners, LLC in February of 2013 and occupied an office at the MDHI facility beginning in February 2013 until March 25, 2014.

Early June 2013 – Philip Marsteller ("Marsteller"), Marketing and Sales Representative with MDHI for the Latin American Region spoke with me regarding the criminal investigation of Vergez and his involvement with Pavel Borisov, Avia Baltika.

Marsteller was aware that I was assisting Vergez with his tourist travel to Moscow, Russia and felt the Defense Criminal Investigative Service ("DCIS") would be interested in the details. I was hesitant at first and did not want to be involved and expressed my fear of retaliation from Tilton to Marsteller. Her disdain criticism and retaliation against those who speak out is well known within MDHI. I worried about being retaliated against and losing my job. MDHI does not have a strong leadership team, accountability, or ethical practices. All decisions are made at the hands of Tilton.

June 11, 2013 – Marsteller stated once again that it was the ethical and right thing to do and asked for my cooperation with the DCIS.
August 25, 2013 – I had a tele-conference with Stamper, DCIS to discuss my cooperation with the criminal and civil investigation of Vergez. I agreed to cooperate and at this point, I needed the whistleblower protection from the Federal Government. I asked Stamper if I had violated the Non-Disclosure Agreement ("NDA") that I had signed with MDHI in 1999 by providing "Proprietary and Confidential" documents to him and also Marsteller. Stamper stated that "I was not in violation of the NDA when you are cooperating with the Federal Government". "If MDHI tells you that you are in violation, you are not".

I continued to gather documents surrounding Vergez' business travels through the course of June 2013 through March 2014. These documents were sent directly to Stamper, by me, or by Marsteller. Throughout this time frame I observed a fraudulent course of conduct in contract pricing, inflation and misrepresentation of commercial and FMS pricing by MD Helicopters under the control of Tilton.

Despite MDHI management's efforts to frustrate the DOJ investigation, I cooperated with the DOJ investigator and with Marsteller, who was assisting that investigation. I concealed my cooperation because I understood, like every other MDHI employee, that anyone cooperating with the DOJ would be the next victim of MDHI's retaliation. On April 20, 2015, I was fired for my cooperation.

MDHI management had made a conscious decision to punish "whistleblowers" or anyone "assisting" the DOJ investigation. Indeed, every MDHI employee knew that MDHI management was trying to identify and terminate anyone cooperating with the DOJ. Accordingly, every MDHI employee cooperating with the DOJ was taking a risk; however, I had worked at MDHI for over 30 years and could not believe that such an exceptional company would intentionally violate the very clear rules of contractual engagement with the U.S. military.

The very same month I was fired, the DOJ investigation paid off. In April 2015, Vergez – a target of the investigation – plead guilty to conflict of interest crimes in connection with his work for, and association with, MDHI. Vergez, a former Army Colonel involved in the procurement of MDHI helicopters for the U.S. Army, admitted that he had negotiated a job with Tilton while also taking steps to ensure that MDHI got paid faster by the U.S. Department of Defense. Vergez also admitted that he failed to disclose a $30,000 payment he received from Tilton.

Vergez' plea agreement did not resolve all of MDHI's issues with the U.S. Army. MDHI also charged the Army inflated prices for helicopters, an issue that is still being litigated in Arizona courts.

On October 22, 2014 - Cherie Erickson ("Erickson"), Ex – Compliance Manager at MDHI and myself filed a Qui Tam Complaint against Tilton, Patriarch Partners, LLC and MD Helicopters, Inc. in United States District Court, District of Arizona for a fraudulent course of conduct connected to the inflated pricing of government contracts in violation of the federal False Claims Act, 31 U.S.C. § 3729 et seq.

On May 8, 2015, I filed my "Whistleblower Reprisal Complaint" with the DODIG. Erickson filed her "Whistleblower Reprisal Complaint on May 15, 2015. Both complaints are being investigated by the DODIG.

On May 28, 2015 I reached out to Senator John McCain's office stating the facts of our wrongful terminations and retaliation against myself and Erickson. Senator McCain's office forwarded the letter to the Inspector General Department of Defense ("IGDOD") in Alexandria, VA. On June 17, 2015, the IGDOD responded to Senator McCain and advised his office that the Whistleblower Reprisal Investigations ("WRI") Directorate has an ongoing investigation of reprisal based on the complaint submitted by Ms. Rupp. In addition, the DCIS has open investigations involving the issues raised by Ms. Rupp. These investigations remain ongoing, and they have resulted in the guilty pleas of former Army Colonel Norbert Vergez to charges of false statements and conflict of interest, and former Contracting Officer Teresa Mayberry for obstructing a Federal audit.

Erickson and I are the subjects of a malicious lawsuit filed against us on May 11, 2015 by MDHI in The Superior Court for the State of Arizona. Case No. CV2015-006716. We cooperated with the DCIS/DODIG/DOJ and provided documents to Stamper and Marsteller. When Marsteller filed his wrongful termination against MDHI, the documents were provided in his case. Through discovery, MDHI concluded that I had violated the NDA by removing "Proprietary and Confidential" documents and providing them to Marsteller.

I find it ironic that Tilton's statement along with her photo that is displayed in the entrance of the administration building at MDHI should read: *'BRAVERY IS THE COURAGE TO SEEK AND SPEAK THE TRUTH REGARDLESS OF CONSEQUENCE: TO DRIVE CHANGE WITHOUT THOUGHT TO POPULARITY OR RIDICULE" - LYNN TILTON*

Your Honor, I spoke the truth and cooperated with the DOJ's preservation order and I was a victim in this, as were so many other employees at MDHI who spoke the truth:

Philip Marsteller - Ex MDHI Sales and Marketing Representative for Latin America, US Army LTC and Aviator
Christina Fortin - Ex MDHI Executive Assistant to Carl Schoper, President of MDHI

2

Cherie Erickson – Ex MDHI Compliance Manager
Wendi Tufts – Ex MDHI Contracts Manager

Obviously, the culture of whistleblower retaliation is still alive and well based on those of us who spoke up about the fraudulent activity at MDHI. Whistleblowers should be able to hold the retaliators accountable when coming forward and speaking up and doing what is right and ethical.

The corruption portrayed by Vergez needs to be punished to the fullest extent punishable by law. The employee names listed above have spoken out and stepped forward to stop the fraud and unethical violations against the United States Government.

In closing, I would like to state that MDHI's current General Counsel, William Black and his predecessor's try to mask retaliatory behavior and attempt to portray employees who have been retaliated against as rogue employees. My cooperation with the DOJ was required by law, and MDHI management punished me for that cooperation.

I appreciate this opportunity to provide you with the above stated facts.

Sincerely,

*Kathy Rupp*

Kathy Rupp, Ex – Aircraft Delivery Specialist

Enclosure (1) – Case No. CV-2015-006716

Note: a copy of this letter is being sent to the following:

Ramona C. Albin and/or Henry Cornelius
Assistant United States Attorney
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203
Henry.Cornelius@doj.gov
Ramona.Albin@usdoj.gov

Mark Dubester
Trial Attorney
Special Inspector General for Afghanistan Reconstruction
2530 Crystal Drive
Arlington, VA 22202
Mark.Dubester@usdoj.gov

4

Mary Bennett
U.S. Probation and Pretrial Services
Robert S. Vance Federal Building and Courthouse
1800 5th Avenue North, 2nd Floor
Birmingham, Alabama 35203
Mary_E_Bennett@alnp.uscourts.gov

Lee Stein, Esq.
MITCHELL | STEIN | CAREY, PC
One Renaissance Square
2 North Central Avenue, Suite 1900
Phoenix, AZ 85004
Lee@mitchellsteincarey.com

William Athanas
Waller, Lansden, Dortch & Davis
1901 6th Ave. North, Ste. 1400
Birmingham, AL 35203
Bill.syhsnsd@wallerlaw.com

Tonja R. Benninger, Victim-Witness Specialist
1801 4th Avenue North
Birmingham, Alabama 35203
Phone: (205) 244-2093
Fax: (205) 244-2180
Email: Tonja.Benninger@usdoj.gov