
FILED
2015 Sep-15 PM 04:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

# Vergez Requests SESI be added to DTI Team

# Mark Young

| | |
|---|---|
| **From:** | Mark Young [myoung@desmalter.com] |
| **Sent:** | Tuesday, June 15, 2010 10:08 AM |
| **To:** | 'Vergez, Norbert E COL' |
| **Subject:** | RE: FYI... |

We will see, I think they will get an overhaul cert (first promised last June), but not an engine cert. The engine OEM is Motor Sich in Ukraine. For them to get an engine cert, they would need a contract for bulletins with Sich, and those two companies really do not get along.

But most overhaul facilities - Spark, Ingels, Sevastopol, Avia Baltica, can only overhaul airframes, not major flight hardware. As it is much cheaper to do it in house, you have to watch them to make sure they use IAC certified subs. This price issue really hits the Czechs, as their decent economy has driven up their prices. I doubt they could win a full and open overhaul competition.

Also, we have the 1992-2008 Mi-8 bulletins in the Huntsville office. We did not get the 2009 bulletins as we already provided those to the Navy.

Finally, just an FYI, met with good company, SES, and they are teamed with us for any new helo RFPs. They will purchase the Western equip, first level QC and supply a Western comm. integration lead in Kabul.

V/r

Mark

-----Original Message-----
From: Vergez, Norbert E COL [mailto:bert.vergez@us.army.mil]
Sent: Tuesday, June 15, 2010 9:37 AM
To: myoung@desmalter.com
Subject: RE: FYI...

Thanks Mark.
But, LOM produced their certs from the Klink engine manufacturer and are on track to get their IAC cert on 30 June.
Bert

-----Original Message-----
From: Mark Young [mailto:myoung@desmalter.com]
Sent: Tuesday, June 15, 2010 8:17 AM
To: Vergez, Norbert E COL
Subject: FW: FYI...

FYI, LOM is a good company, but like most Eastern European firms will gladly cut corners to increase profit. Oversight is essential. Also, as they do not have IAC cert on overhauls or engines ...

-----Original Message-----
From: Willoughby, Joseph C USA
[mailto:joseph.c.willoughby@afghan.swa.army.mil]
Sent: Monday, August 24, 2009 12:20 PM
To: myoung@desmalter.com
Subject: FYI...

Mark,

APM (Kevin Walls) recently repaired the ANAAC Mi-17 # 576 (effort contracted through SHAPE used Kazan engineers). As part of contract, asked Mr. Walls to review a/c documentation.

Funny thing, this a/c was recently overhauled by LOM Praha, and still questionable documentation. FYI, Honeywell is teaming with LOM and working the DoD community hard to

1

# Exhibit 2

# Vergez Approaches Others to Team with SESI

DTI reported to DCIS Special Agent Lance Stamper and FBI agents that Col. Vergez had requested Honeywell and Lom Praha add SESI to their teams. Provide POCS at both organizations.

# Exhibit 3

# Vergez Sole Sources Cockpit Mod to SESI

DTI filed its first complaint about Col. Vergez inappropriately steering work to the SESI/Avia Baltica Team in 2011. At this time, the Navy had selected DTI to provide 21 new aircraft, but the award was on hold pending a GAO protest. Col. Vergez began to lobby the Pentagon to cancel the competition and allow his office to sole source the work to a Russian Contract. In turn, Col. Vergez requested that Rosoboronexport (the Russian contractor) subcontract the require cockpit modifications to SESI/Avia Baltica. DTI reported this fact to the IG and Pentagon officials. The Russians refused. Prior to award, Vergez striped out the Western cokpit hardware and sole sourced it to SESI under the LSF contract.

# Mark Young

**From:** Mark Young [myoung@desmalter.com]
**Sent:** Wednesday, June 22, 2011 4:14 PM
**To:** 'Faller, Phillip, OIG DoD'
**Subject:** SESI Again

This note is to let you know that NSRWA has indeed included SESI the new aircraft procurement. SESI is to purchase all western avionics and build the A-kits for these avionics. I assume this was a mod to SESI's LSF contract. No announcements, of course.

# Exhibit 4

## Vergez Daughter at SESI

## Vergez Wife Employed by Pavel Borisov

DTI informed DCIS agents that Vergez daughter worked for SESI. DTI informed DCIS agents that Vergez wife worked for Pavel Borisov of Avia Baltica. FBI agents interviewed Pavel Borisov's Huntsville neighbor who confirmed that Vergez' wife was acting as Borisov's assistant helping manage Pavel's house and bills while Pavel was on travel.

# Exhibit 5

# Vergez listed as Resident at Pavel Huntsville House

FOR NON GLB/DPPA PURPOSES ONLY                          PAVEL BORISOV - HUNTSVILLE - AL - Properties

1 result found for properties for people named **PAVEL BORISOV** located in **HUNTSVILLE, ALABAMA**.

**3 CHITTAMWOOD DR SE, HUNTSVILLE, AL 35802-4900 (MADISON COUNTY)**

APN: **18-05-22-0-000-010.073**
APN Sequence Number: **001**
Account Number: **260632**
**3 CHITTAMWOOD DR SE, HUNTSVILLE, AL 35802-4900 (MADISON COUNTY)**
**3 CHITTAMWOOD DR, HUNTSVILLE, AL 35802-4900 (MADISON COUNTY)**
Date Subject Last Seen as Owner: **06/07/2013**
Date Subject First Seen as Owner: **01/18/2011**
Subdivision Name: **CREST PARK 2ND ADD**
Legal Description: **LOT 29 CREST PARK 2ND ADD A RESUB OFPART OF LOT 2 OF THE LEDGES OF HUNSVILLEMOUNTAIN A RESUB OF A PART OF LOTS 1 &**
Building Square Feet: **4,159**
Living Square Feet: **3,587**
Year Built: **2006**

Latest Tax Roll/Assessment Information
Tax Year: **2011**
Tax Amount: **$398,112.00**
Assessed Year: **2011**
Assessed Value: **$68,640**
Sale Date: **01/18/2011**
Sale Amount: **$745,000**
Document Number: **34810**
Total Value: **$686,200**
Land Value: **$106,700**
Improvement Value: **$579,500**
Baths: **4**

**Most CurrentOwnership Information - 06/07/2013**

| | |
|---|---|
| Owner: **H ALEXANDER**<br>Address: **3 CHITTAMWOOD DR SE, HUNTSVILLE, AL 35802-4900 (Madison COUNTY)**<br>Mailing Address: **3 CHITTAMWOOD DR SE, HUNTSVILLE, AL 35802-4900 (Madison COUNTY)**<br>Seller: **PAVEL BORISOV**<br>**3 CHITTAMWOOD DR SE, HUNTSVILLE, AL 35802-4900 (MADISON COUNTY)**<br>Recording Date: **06/11/2013**<br>Sale Date: **06/07/2013**<br>Sale Amount: **$725,000**<br>Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**<br>Deed Sec Cat: **Resale, Cash Purchase, Residential (Modeled)**<br>Universal Land Use: **Single Family Residence**<br>Property Indicator: **Single Family Residence/Townhouse**<br>Resale New Construction: **Resale**<br>Residential Model Indicator: **Based On Zip Code and Value**<br>**Property is Residential**<br>Title Company Name: **ATTORNEY ONLY**<br>Document Number: **382980** | Mortgage<br>**No Mortgage**<br>Recording Date: **06/11/2013**<br>Document Number: **382980**<br>Registry Entries:<br>  Document Type: **Deed**<br>  Document Number: **000000382980**<br>  Transaction Type: **Resale**<br>  Batch Id: **20130618**<br>  Batch Sequence: **00212**<br>  Recording Date: **06/11/2013** |

**PreviousOwnership Information - 01/18/2011**

| | |
|---|---|
| Owner: **PAVEL BORISOV**<br>Address: **3 CHITTAMWOOD DR, HUNTSVILLE, AL 35802-4900 (Madison COUNTY)**<br>Mailing Address: **3 CHITTAMWOOD DR, HUNTSVILLE, AL 35802-4900 (Madison COUNTY)**<br>Seller: **MARK LEBERTE**[ View Person Record ]<br>**3 CHITTAMWOOD DR, HUNTSVILLE, AL 35802-4900 (MADISON COUNTY)**<br>**3 CHITTAMWOOD DR SE, HUNTSVILLE, AL 35802-4900 (MADISON COUNTY)**<br>Recording Date: **01/19/2011**<br>Sale Date: **01/18/2011**<br>Sale Amount: **$745,000**<br>Absentee Indicator: **Situs From Sale (Occupied)** | Mortgage<br>**No Mortgage**<br>Recording Date: **01/19/2011**<br>Document Number: **34810**<br>Registry Entries:<br>  Document Type: **Deed**<br>  Document Number: **000000034810**<br>  Transaction Type: **Resale**<br>  Batch Id: **20110208**<br>  Batch Sequence: **00079**<br>  Recording Date: **01/19/2011** |

| | |
|---|---|
| Deed Sec Cat: **Resale, Cash Purchase, Residential (Modeled)**<br>Universal Land Use: **Single Family Residence**<br>Property Indicator: **Single Family Residence**<br>Resale New Construction: **Resale**<br>Residential Model Indicator: **Property is Residential**<br>Title Company Name: **ATTORNEY ONLY**<br>Document Number: **34810** | |

**PreviousOwnership Information - 04/14/2006**

| | |
|---|---|
| Owner: **MARK A LEBERTE** [ View Person Record ]<br>Address: **3 CHITTAMWOOD DR, HUNTSVILLE, AL 35802-4900 (Madison COUNTY)**<br>Mailing Address: **3 CHITTAMWOOD DR, HUNTSVILLE, AL 35802-4900 (Madison COUNTY)**<br>Seller: **SLYMAN CONSTRUCTION CO INC** [ View Business Record ]<br>**3 CHITTAMWOOD DR, HUNTSVILLE, AL 35802-4900 (MADISON COUNTY)**<br>Recording Date: **04/14/2006**<br>Sale Date: **04/14/2006**<br>Absentee Indicator: **Owner Occupied**<br>Deed Sec Cat: **New Structure Sale, Mortgaged Purchase, Residential (Modeled)**<br>Universal Land Use: **Single Family Residence**<br>Property Indicator: **Single Family Residence**<br>Resale New Construction: **New Construction**<br>Residential Model Indicator: **Based On Zip Code and Value**<br>**Property is Residential**<br>Title Company Name: **ATTORNEY ONLY**<br>Document Number: **243200** | **Mortgage Information not available** |

FOR NON GLB/DPPA PURPOSES ONLY                                                                                                2567157230 - People

3 results found for people in the United States with Phone Number **(256) 715-7230**.

Subject 1 of 3:
**BERT VERGEZ**

| **BERT VERGEZ (10/01/2011)** | **Possible Relatives** | **Cities** | **Counties** |
|---|---|---|---|
| | None found | None found | None found |
| **Date of Birth** | | | |
| DOB: **Suppressed** | **Indicators** | **Possible Other Phones** | **Possible Emails** |
| | | (256) 715-7230 (CT) (LandLine) (43%) | None found |
| | Bankruptcies: **None Found** | | |
| | Liens: **None Found** | | |
| | Judgments: **None Found** | | |
| | Utilities: **None Found** | | |

**Address History (1)**
3 CHITTAMWOOD DR, HUNTSVILLE, AL 35802 (Madison COUNTY) (10/01/2011)

Subject 2 of 3:
**BERT VERGEZ**

| **BERT VERGEZ (04/11/2011 to 09/26/2012)** | **Possible Relatives** | **Cities** | **Counties** |
|---|---|---|---|
| | None found | None found | None found |
| **Date of Birth** | | | |
| DOB: **Suppressed** | **Indicators** | **Possible Other Phones** | **Possible Emails** |
| | | (256) 715-7230 (CT) (LandLine) (100%) | None found |
| | Bankruptcies: **None Found** | | |
| | Liens: **None Found** | | |
| | Judgments: **None Found** | | |
| | Utilities: **None Found** | | |

**Address History (1)**
3 CHITTAMWOOD DR SE, HUNTSVILLE, AL 35802 (Madison COUNTY) (04/11/2011 to 09/26/2012)
  Possible Subject's Phone
(256) 715-7230(CT) - VERGEZ, BERT

FOR NON GLB/DPPA PURPOSES ONLY                                                                                           2567157230 - People

Subject 3 of 3:
**BERT VERGEZ**

| | | | |
|---|---|---|---|
| **BERT VERGEZ (01/15/2013)** | **Possible Relatives** | **Cities** | **Counties** |
| | None found | None found | None found |
| **Date of Birth** | | | |
| DOB: **Suppressed** | **Indicators** | **Possible Other Phones** | **Possible Emails** |
| | | (256) 715-7230 (CT) (ActiveLandLine) (99%) | None found |
| | Bankruptcies: **None Found** | | |
| | Liens: **None Found** | | |
| | Judgments: **None Found** | | |
| | Utilities: **None Found** | | |

**Address History (1)**
3 CHITTAMWOOD DR SE, HUNTSVILLE, AL 35802 (Madison COUNTY) (01/15/2013)